# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

April 9, 2024

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh
Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

     Re:  Charles Edward Jones
           v. United States
           No. 23-7166
           (Your No. 20-13365)

Dear Clerk:

     The petition for a writ of certiorari in the above entitled case was filed on April 5, 2024 and placed on the docket April 9, 2024 as No. 23-7166.

              Sincerely,

              **Scott S. Harris**, Clerk

              by

              Emily Walker
              Case Analyst